## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                                          Case No.: 6:26-bk-01011-GER

Justin Johnston                             Chapter: 13

                                                               Judge: Grace E. Robson

                Debtor(s)                 /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Seth Greenhill, Esq. of the law firm of Padgett Law Group, and gives this Notice of Appearance on behalf of Figure Lending LLC and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

      **DATED** this 23rd day of February 2026

                                            Respectfully submitted,

                                            /S/ Seth Greenhill
                                            SETH GREENHILL, ESQ.
                                            Florida Bar # 97938
                                            PADGETT LAW GROUP
                                            6267 Old Water Oak Road, Suite 203
                                            Tallahassee, FL 32312
                                            (850) 422-2520 (telephone)
                                            (850) 422-2567 (facsimile)
                                            Seth.Greenhill@padgettlawgroup.com
                                            *Attorney for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 23rd day of February 2026:

/S/ Seth Greenhill
SETH GREENHILL, ESQ.
Florida Bar # 97938
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
*Attorney for Creditor*

## **SERVICE LIST (CASE NO. 6:26-bk-01011-GER)**

**Debtor**
Justin Johnston
1334 Freeport Dr
Deltona, FL 32725

**Attorney for Debtor**
Robert H. Zipperer
Robert Zipperer, Attorney at Law
210 S Beach St
Suite 201
Daytona Beach, FL 32114

**Trustee**
Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790

**U.S. Trustee**
United States Trustee - ORL7/13, 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801